Russell K. MOSIER, Doing Business under the Name and Style of Mosier Radio Service, Plaintiff-Appellant, v. FEDERAL RESERVE BANK OF NEW YORK, Hiram E. Meeker, as Receiver of the First National Bank in Mamaroneck, Defendants, Hiram E. Meeker, as Receiver of First National Bank in Mamaroneck, Defendant-Appellee.

No. 217.

Circuit Court of Appeals, Second Circuit.

March 7, 1938.

Hurlbert McAndrew, of Larchmont, N. Y., for plaintiff-appellant.

Lynch & Cahn, of White Plains, N. Y. (Monroe J. Cahn and Harold M. Miller, both of White Plains, N. Y., of counsel), for defendant-appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.

Harry E. MOYSES and Abe J. Warsaw, Appellants, v. BUCKEYE RELINER PRODUCING COMPANY, Appellee.

No. 7449.

Circuit Court of Appeals, Sixth Circuit.

March 10, 1938.

Ely & Barrow, of Akron, Ohio, for appellants.

Kent W. Hughes, of Lima, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.
It is ordered and adjudged that the decree appealed from be, and the same is, affirmed upon the grounds and for the reasons stated in the opinion of the District Judge filed November 29, 1935.

Hermon MUESSING et al., Petitioners, v. NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 6162.

Circuit Court of Appeals, Seventh Circuit.

Dec. 21, 1937.

Benjamin Wham, of Chicago, Ill., and Alex Pendleton, of Gary, Ind., for petitioner.

Charles Fahy, National Labor Relations Board, of Washington, D. C., for respondent.

Before EVANS and MAJOR, Circuit Judges.

PER CURIAM.
Upon stipulation of the parties, which has been filed herein, and due consideration having been given, it is ordered that the petition filed herein by petitioners to review and modify an order of the National Labor Relations Board issued by said Board on November 12, 1936, and the request of the said Board for enforcement of said order, be withdrawn and dismissed, all without prejudice to the right of the National Labor Relations Board to petition this court for the enforcement of said order of said Board in the event such procedure appears to the Board to be advisable or necessary.